## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **MIKE SPINDLER, CARL CANADY, ADAM MOYERS, BRAYDEN REINCE, THOMAS BARRATH, ALEXANDRE DUTRISAC, LANCE HUNTER, ADAM KNAUER, ARNOLDAS KURBANOVAS, EDWARD ROJAS, DEREK DURST, ARNOLD VILLA, PEDRO VITERI, DANIEL ANGELES, DAWID GAZUR, DANIEL HYMAN, PAUL KELLY, SCOTT SMITH, WINSTON WALKER, ANDREW ALPAUGH, MICHAEL RENO, and RANDON PRATHER,** )))))))))))) | Case No.:    5:22-CV-137-BJB |
| **Plaintiffs,** )) | |
| v. ) | **JURY DEMAND** |
| **JUST A BIT OF COIN, LTD, STEVEN DRAWDY, DONALD DRAWDY, JOANN DRAWDY, GEORGE LAVOY GRAHAM, KOMGRIT DOKKUM, SDMD HOLDINGS, INC., OBSIDIAN RHINO SOLUTIONS, LLC., GGK'S LOG AND TRANS LLC, and GEORGE GRAHAM, JR.** )))))))))) | |
| **Defendants.** ) | |

---

### NAMED PLAINTIFFS' SECOND MOTION FOR DEFAULT JUDGMENT AGAINST GEORGE LAVOY GRAHAM, GEORGE LAVOY GRAHAM JR., GGK'S LOG AND TRANS, LLC, SDMD HOLDINGS, INC., AND OBSIDIAN RHINO SOLUTIONS, LLC

---

COME NOW the Plaintiffs, Mike Spindler, Carl Canady, Adam Moyers, Brayden Reince,

Thomas Barrath, Alexandre Dutrisac, Lance Hunter, Adam Knauer, Arnoldas Kurbanovas,

Edward Rojas, Derek Durst, Arnold Villa, Pedro Viteri, Daniel Angeles, Dawid Gazur, Daniel

Hyman, Paul Kelly, Scott Smith, Winston Walker, Andrew Alpaugh, Michael Reno, and Randon

Prather (collectively "Plaintiffs"), by and through their undersigned counsel, and file their Second Motion for Default Judgment. In support of their motion, Plaintiffs state as follows:

1. Plaintiffs filed this action on October 2, 2022 against Just a Bit of Coin, LTD; Steven Drawdy; and George Lavoy Graham. Defendant Graham was served on October 6, 2022.

2. Plaintiffs filed their First Amended Complaint on January 3, 2023, which added additional Defendants, including SDMD Holdings, Inc.; Obsidian Rhino Solutions, LLC; GGK's Log and Trans LLC; and George Graham, Jr. ("the additional Defendants").[1]

3. As described in the First Amended Complaint, Defendants held themselves out as sellers of customized equipment for mining Bitcoin cryptocurrency. Each of the Plaintiffs paid for equipment Defendants claimed to offer for sale, but Defendants never produced the equipment.

4. The Plaintiffs requested refunds of the purchase amounts they paid, which ranged from several thousands of dollars to several hundreds of thousands of dollars.

5. Defendants refused to provide either refunds or the equipment, however.

6. The additional Defendants were each served with the lawsuit via certified mail on March 27, 2023, *see* (Ex. A), making their Answers due on April 17, 2023

7. Individuals using fake phone numbers and fake names but who were, upon information and belief, one or more of the individual Defendants has called the office of Plaintiffs' counsel seeking information regarding the lawsuit.

---

[1] The First Amended Complaint also added as Defendants Komgrit Dokkum and Donald and Joann Drawdy. Mr. Dokkum, however, has filed a *pro se* Answer, while a non-lawyer claiming to act on behalf of Donald and Joann Drawdy has filed documents purporting to be an Answer, *see* (DN 16), and a Motion to Dismiss, *see* (DN 18), to which Plaintiffs responded after belatedly receiving the filing in the mail. *See* (DN 19). Thus, Plaintiffs do not seek default judgment as to these Defendants who have appeared in the case.

8.   The additional Defendants – George Lavoy Graham, SDMD Holdings, Inc.; Obsidian Rhino Solutions, LLC; GGK's Log and Trans LLC; and George Graham, Jr. – have failed to Answer or otherwise respond to this matter, however.

9.   Plaintiffs have lost the funds they paid to Defendants to purchase the fraudulently offered merchandise as well as "refund fees" charged to some Plaintiffs who sought refunds, litigation costs, and attorney's fees.

10.   Defendant Steven Drawdy has also failed to respond to the lawsuit, but he is currently under indictment in the Northern District of Georgia for charges relating to these same events for which a restitution order will be entered upon his conviction.  Thus, no default judgment is currently necessary against Defendant Drawdy.

WHEREFORE, Plaintiffs ask the Court to enter a default judgment in their favor and to set a hearing at which the Plaintiffs can prove the damages to be awarded.

Respectfully submitted,

   /s D. Wes Sullenger
D. Wes Sullenger, KY BAR # 91861
                    TN BPR # 021714
                    IL ARDC # 6322019

Sullenger Law Office, PLLC
2508 Jackson Street
Paducah, KY  42003

Voice: (270) 443-9401
Fax:    (270) 596-1082

wes@sullengerfirm.com

*Attorney for the Plaintiffs,
Mike Spindler, Carl Canady, Adam Moyers,
Brayden Reince, Thomas Barrath,
Alexandre Dutrisac, Lance Hunter, Adam
Knauer, Arnoldas Kurbanovas, Edward
Rojas, Derek Durst, Arnold Villa, Pedro*

3

*Viteri Daniel Angeles, Dawid Gazur, Daniel Hyman, Paul Kelly, Scott Smith, Winston Walker, Andrew Alpaugh, Michael Reno, and Randon Prather*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 5th day of October, 2023, a copy of the foregoing was filed, via the Court's CM/ECF system, and served, via United States Mail, on:

| | | |
|---|---|---|
| Just a Bit of Coin, Ltd c/o Steven Drawdy, Columbia County Detention Center P.O. Box 310 Appling, GA 30802 | Mr. Steven Drawdy Columbia County Detention Center P.O. Box 310 Appling, GA 30802 | Mr. George Lavoy Graham 4622 Country Glen Circle Grovetown, GA 30813 |
| SDMD Holdings, Inc. c/o Steven Drawdy Columbia County Detention Center P.O. Box 310 Appling, GA 30802 | Obsidian Rhino Solutions LLC c/o George Graham, Jr. 4622 Country Glen Circle Grovetown, GA 30813 | GGK's Log and Trans LLC c/o George Lavoy Graham 4622 Country Glen Circle Grovetown, GA 30813 |
| Mr. Donald Drawdy 4669 Red Leaf Way Martinez, GA 30907 | Ms. Joann Drawdy 4669 Red Leaf Way, Martinez, GA 30907 | Mr. George Graham, Jr. 4622 Country Glen Circle Grovetown, GA 30813 |
| Mr. Komgrit Dokkum 142 Tierra Vista Court Bountiful, UT 84010 | | |