**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| MIKE SPINDLER, CARL CANADY, ADAM MOYERS, BRAYDEN REINCE, THOMAS BARRATH, ALEXANDRE DUTRISAC, LANCE HUNTER, ADAM KNAUER, ARNOLDAS KURBANOVAS, EDWARD ROJAS, DEREK DURST, ARNOLD VILLA, PEDRO VITERI, DANIEL ANGELES, DAWID GAZUR, DANIEL HYMAN, PAUL KELLY, SCOTT SMITH, WINSTON WALKER, ANDREW ALPAUGH, MICHAEL RENO, and BRANDON PRATHER, | Case No.: 5:22CV-137-BJB |
| **Plaintiffs,** | |
| v. | **JURY DEMAND** |
| JUST A BIT OF COIN, LTD, STEVEN DRAWDY, DONALD DRAWDY, JOANN DRAWDY, GEORGE LAVOY GRAHAM, KOMGRIT DOKKUM, SDMD HOLDINGS, INC., OBSIDIAN RHINO SOLUTIONS, LLC., GGK'S LOG AND TRANS LLC, and GEORGE GRAHAM, JR. | |
| **Defendants.** | |

**AMENDED AGREED ORDER OF DISMISSAL**

This matter came before the Court on the Amended Agreed Order of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed by the Plaintiffs, their counsel, and Defendant Komgrit Dokkum, on his own behalf. The parties advised the Court that Defendant Steven Drawdy has been sentenced to prison in the Northern District of Georgia for actions underlying this civil action and Plaintiffs will be provided with restitution through the criminal action to the extent any funds

are available. As such, this action may be dismissed against Defendant Steven Drawdy and his companies, Just a Bit of Coin, LTD and SDMD Holdings, Inc.

The parties further advised the Court that Defendant Dokkum is the only Defendant who has appeared in the case and has not previously been dismissed. In light of the resolution of the criminal case against Defendant Steven Drawdy, Plaintiffs and Defendant Dokkum state that no matters between them exist for adjudication.

The parties further advised the Court that the remaining Defendants have not appeared in this matter, and they believe the best resolution is for those parties also to be dismissed. As such, this matter may dismissed with prejudice as to all Defendants and removed from the Court's active docket. Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Have Seen and Agreed:

s/ D. Wes Sullenger_____
D. Wes Sullenger, Atty for Plaintiffs

_Komgrit Dokkum *w/ perm. DWS*__
Komgrit Dokkum, *Pro Se*

Respectfully submitted,

  s/ D. Wes Sullenger
D. Wes Sullenger, KY BAR # 91861
               TN BPR # 021714
               IL ARDC # 6322019
Sullenger Law Office, PLLC
2508 Jackson Street
Paducah, KY 42003
Voice: (270) 443-9401
Fax:   (270) 596-1082

wes@sullengerfirm.com

*Attorney for the Plaintiffs, Mike Spindler, Carl Canady, Adam Moyers, Brayden Reince, Thomas Barrath, Alexandre Dutrisac, Lance Hunter, Adam Knauer, Arnoldas Kurbanovas, Edward Rojas, Derek Durst, Arnold Villa, Pedro Viteri, Daniel Angeles, Dawid Gazur, Daniel Hyman, Paul Kelly, Scott Smith, Winston Walker, Andrew Alpaugh, Michael Reno, and Brandon Prather*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 26th day of August, 2024, a copy of the foregoing was filed, via the Court's CM/ECF system, and served, via United States Mail, on:

| Mr. Komgrit Dokkum 142 Tierra Vista Court Bountiful, UT 84010 | Just a Bit of Coin, Ltd c/o Steven Drawdy, Columbia County Detention Center P.O. Box 310 Appling, GA 30802 | Mr. Steven Drawdy Columbia County Detention Center P.O. Box 310 Appling, GA 30802 | Mr. George Lavoy Graham 4622 Country Glen Circle Grovetown, GA 30813 |
|---|---|---|---|
| SDMD Holdings, Inc. c/o Steven Drawdy Columbia County Detention Center P.O. Box 310 Appling, GA 30802 | Obsidian Rhino Solutions LLC c/o George Graham, Jr. 4622 Country Glen Circle Grovetown, GA 30813 | GGK's Log and Trans LLC c/o George Lavoy Graham 4622 Country Glen Circle Grovetown, GA 30813 | |

                    s/ D. Wes Sullenger
                      D. Wes Sullenger

3