**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**Case No. 5:22-cv-00137-BJB-LLK**

**MIKE SPINDLER et al.,**                                                            **PLAINTIFFS**

**v.**

**JUST A BIT OF COIN, LTD et al.,**                                      **DEFENDANTS**

**ORDER**

      This matter has been referred to Magistrate Judge Lanny King to hear and determine all pretrial matters. Text Order of July 23, 2024, [DN 29]. Pursuant to that authority, a telephonic status conference was scheduled for September 9, 2024. Order for Meeting and Report, [DN 30]. However, the parties have since filed a proposed Agreed Order of Dismissal, [DN 31], which would resolve all claims.

      Accordingly, the Court **HEREBY CANCELS** the status conference set for September 9, 2024. The parties are **ORDERED** to contact the court no later than fourteen (14) days following resolution of the pending motion to schedule a new status conference if necessary.

August 26, 2024

*[signature]*

**Lanny King, Magistrate Judge**
**United States District Court**
